# Third District Court of Appeal

## State of Florida

Opinion filed April 17, 2019.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D18-2411
Lower Tribunal Nos. 17-11762; 16-18158; 16-17619; 16-20175 & 16-20177

_____

**Francisco Ventura,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from non-final orders from the Circuit Court for Miami-Dade County, Jose L. Fernandez and Marisa Tinkler-Mendez, Judges.

Francisco Ventura, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, LOGUE, and MILLER, JJ.

PER CURIAM.

The trial court's order denying Appellant's motion to dismiss on the basis of

Stand-Your-Ground immunity, which was entered after an evidentiary hearing, is

affirmed. The appeals of the orders denying the motion to dismiss for violations of Brady v. Maryland, 373 U.S. 83 (1963), the motion to protect all of the accused's constitutional rights, and the motion to identify subject matter jurisdiction are dismissed for lack of jurisdiction.

Affirmed.